1    BONNETT, FAIRBOURN, FRIEDMAN
     & BALINT, P.C.
2       Todd D. Carpenter (234464)
     600 W. Broadway, Suite 900
3    San Diego, CA 92130
     Tel:   (619) 756-6978
4    Fax:  (602) 798-5860
     tcarpenter@bffb.com
5
     BONNETT, FAIRBOURN, FRIEDMAN
6    & BALINT, P.C.
     Elaine A. Ryan (*Admitted pro hac vice*)
7    Patricia N. Syverson (203111)
     2901 N. Central Avenue, Suite 1000
8    Phoenix, AZ 85012
     Tel:   (602) 274-1100
9    Fax:  (602) 274-1199
     eryan@bffb.com
10   psyverson@bffb.com

11   LEVIN, FISHBEIN, SEDRAN & BERMAN
     Stewart Weltman, Of Counsel (*Admitted Pro Hac
12   Vice*)
     122 S. Michigan Avenue, Suite 1850
13   Chicago, Illinois 60603
     Telephone:  312-427-3600
14   Fax: 312-427-1850

15   LEVIN, FISHBEIN, SEDRAN & BERMAN
     Howard J. Sedran (*Admitted Pro Hac Vice*)
16   Charles Sweedler (*Admitted Pro Hac Vice*)
     510 Walnut Street
17   Philadelphia, Pennsylvania 19106
     Telephone: 215-592-1500
18
     Attorneys for Plaintiff LUIS LERMA
19

20                  UNITED STATES DISTRICT COURT

21                SOUTHERN DISTRICT OF CALIFORNIA

22   LUIS LERMA, On Behalf of Himself and All        CASE NO.:  11 CV 1056 JAH (MDD)
     other Similarly Situated California Residents,
23                                                    CLASS ACTION
                        Plaintiff,
24          v.                                        **UNOPPOSED MOTION FOR
                                                      LEAVE TO FILE THIRD AMENDED
25   SCHIFF NUTRITION INTERNATIONAL,                  COMPLAINT**
     INC., a Delaware Corporation, and SCHIFF
26   NUTRITION GROUP, INC., a Utah
     Corporation
27                      Defendants.

28

1    Plaintiff Luis Lerma, On Behalf of Himself and All Other Similarly Situated California

2  Residents, respectfully moves the Court pursuant to Rule 15(a)(2) of the Federal Rules of Civil

3  Procedure for leave to file Plaintiff's Third Amended Complaint.  The proposed Third Amended

4  Complaint conformed for filing is attached herewith as Exhibit A and a copy of the Third Amended

5  Complaint, redlined to reflect changes from the current Complaint, is attached as Exhibit B. As

6  grounds for this Motion, Plaintiff states as follows:

7    1.    On June 13, 2011, Plaintiff filed his First Amended Class Action Complaint ("the

8  Lerma Action") against Defendant Schiff Nutrition International, Inc. ("Schiff International");

9    2.    On August 3, 2011, Defendant Schiff International answered Plaintiff's First

10  Amended Class Action Complaint, wherein it admitted that "through its wholly-owned subsidiary,

11  Schiff Nutrition Group, Inc., it manufactures, distributes, markets and sells the Move Free®

12  Advanced products."  Answer, ¶19.  Further, Defendant Schiff International included as a defense

13  that Plaintiff had failed to join a "necessary and indispensible" party.  Answer, ¶85;

14    3.    On September 16, 2011, Plaintiff filed his Second Amended Complaint adding

15  Defendant Schiff Nutrition Group, Inc. ("Schiff Nutrition Group") as an additional defendant;

16    4.    On October 4, 2011, Defendant Schiff Nutrition Group answered the Second

17  Amended Complaint;

18    5.    On December 15, 2011, Plaintiff Pearson filed a Class Action Complaint in the

19  Northern District of Illinois against Defendants, *Pearson v. Schiff Nutritional Int'l, et al.,* 1:11-cv-

20  08914 (N.D. Ill.) ("The Pearson Action"), alleging similar claims to the Lerma Action;

21    6.    The parties have participated in two mediation sessions before Justice Wiener on

22  November 15, 2011 and February 2, 2012 and scheduled a third mediation before Justice Wiener

23  on March 15, 2012 to continue settlement efforts in both the Lerma and Pearson Actions;

24    7.    On February 27, 2012, Plaintiff Pearson voluntarily dismissed his Complaint;

25    8.    On March 8, 2012, after meeting and conferring with Defendants, Plaintiff Lerma

26  prepared a Third Amended Complaint incorporating Plaintiff Pearson and his claims against

27  Defendants.

28    9.    Plaintiff believes it would be most efficient to bring all the parties and the claims in

CASE NO. 11 CV 1056 JAH (MDD)
UNOPPOSED MOTION FOR LEAVE
TO

1    front of one court in anticipation of the forthcoming mediation.

2           10.    Plaintiff provided Defendants with an advanced draft of the proposed Third

3    Amended Complaint.  Defendants do not object to the Court granting Plaintiff leave to file the

4    proposed Third Amended Complaint.

5           WHEREFORE, Plaintiff respectfully requests entry of an order permitting him to file his

6    Third Amended Complaint.

7    Dated:  March 12, 2012                          BONNETT, FAIRBOURN, FRIEDMAN
                                                     & BALINT, P.C.
8
                                                     By    /s/Todd D. Carpenter
9                                                          Todd D. Carpenter
                                                          600 W. Broadway, Suite 900
10                                                        San Diego, CA 92130
                                                          Tel:  (619) 756-6978
11                                                        Fax:  (602) 798-5860

12                                                   BONNETT, FAIRBOURN, FRIEDMAN
                                                     & BALINT, P.C.
13                                                   Elaine A. Ryan (*Admitted pro hac vice*)
                                                     Patricia N. Syverson (Bar No. 203111)
14                                                   2901 N. Central Avenue, Suite 1000
                                                     Phoenix, AZ 85012
15                                                   Tel:  (602) 274-1100
                                                     Fax:  (602) 274-1199
16
                                                     LEVIN, FISHBEIN, SEDRAN & BERMAN
17                                                   Stewart Weltman, Of Counsel (*Admitted Pro Hac
                                                         Vice*)
18                                                   122 S. Michigan Avenue, Suite 1850
                                                     Chicago, Illinois 60603
19                                                   Telephone:  312-427-3600
                                                     Fax: 312-427-1850
20
                                                     LEVIN, FISHBEIN, SEDRAN & BERMAN
21                                                   Howard J. Sedran (*Admitted Pro Hac Vice*)
                                                     Charles Sweedler (*Admitted Pro Hac Vice*)
22                                                   510 Walnut Street
                                                     Philadelphia, Pennsylvania 19106
23                                                   Telephone: 215-592-1500

24                                                   Attorneys for Plaintiff LUIS LERMA

25

26

27

28

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2012, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the Electronic mail notice list, and I hereby certify that I have mailed the

5

foregoing document via the United States Postal Service to the non-CM/ECF participants indicated

6

on the Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on March 12, 2012.

9

10

11

12

13

14

By:     /s/Todd D. Carpenter
        Todd D. Carpenter
        BONNETT, FAIRBOURN, FRIEDMAN
        & BALINT, P.C.
        600 W. Broadway, Suite 900
        San Diego, CA 92130
        Tel:  (619) 756-6978
        Fax:  (602) 798-5860

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 11 CV 1056 JAH (MDD)
UNOPPOSED MOTION FOR LEAVE TO
FILE  THIRD AMENDED COMPLAINT

4