BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Elaine A. Ryan (*Admitted pro hac vice*)
Patricia N. Syverson (203111)
Lindsey Gomez-Gray (*Admitted pro hac vice*)
2325 E. CAMELBACK ROAD, Suite 300
Phoenix, AZ  85016
eryan@bffb.com
psyverson@bffb.com
lgomez@bffb.com
Tel:   (602) 274-1100
Fax:  (602) 274-1199

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, CA 92130
mmeucke@bffb.com
Tel:   (619) 756-7748
Fax:  (602) 274-1199

STEWART M. WELTMAN LLC
Stewart M. Weltman (*Admitted pro hac vice*)
53 W. Jackson, Suite 364
Chicago, IL 60604
sweltman@weltmanlawfirm.com
Telephone:  (312) 588-5033

[*Additional Counsel Appear On Signature Page*]

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS LERMA, an Individual, and NICK PEARSON, an Individual, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHIFF NUTRITION INTERNATIONAL, INC., a Delaware Corporation, and SCHIFF NUTRITION GROUP, INC., a Utah Corporation<br><br>Defendants | Case No.:  3:11-CV-01056-CAB (MDD)<br><br>**JOINT REQUEST FOR ORAL ARGUMENT**<br><br>Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin |

1       This matter was recently referred to this Court for a report and recommendation regarding preliminary approval for a class settlement. (Dkt. 78). Due to the recent referral, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Settlement with this Court on March 25, 2014 prior to receiving a hearing date for that motion. (Dkt. 81). Given the nature of the motion at issue and further given that the parties are concurrently filing their consent to have the entirety of this matter referred to this Court, the parties hereby jointly request an in-person hearing on the Unopposed Motion for Preliminary Approval of Settlement.

      The parties have conferred and, subject to the Court's convenience, the following dates are acceptable to both parties for oral argument: April 16, 22, 23, 24, or 28.

      Respectfully submitted,

DATED: March 26, 2014        BONNETT, FAIRBOURN FRIEDMAN & BALINT, P.C.

s/ *Patricia N. Syverson*
Elaine A. Ryan (*Admitted pro hac vice*)
Patricia N. Syverson (Bar No. 203111)
Lindsey Gomez-Gray (*Admitted pro hac vice*)
2325 E. Camelback Road, Suite 300
Phoenix. Arizona 85016
eryan@bffb.com
psyverson@bffb.com
lgomez@bffb.com
Tel: (602) 274-1100
Fax: (602) 798-5860

Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
mmuecke@bffb.com
Tel: (619) 756-7748
Fax: (602) 274-1199

| | |
|---|---|
| 1 | |
| 2 | STEWART M. WELTMAN, LLC |
|   | Stewart M. Weltman (*Admitted pro hac vice*) |
| 3 | 53 W. Jackson , Suite 364 |
|   | Chicago, Illinois 60604 |
| 4 | sweltman@weltmanlawfirm.com |
|   | Telephone:  312-588-5033 |
| 5 | |
| 6 | Jeffrey I. Carton (*To be admitted pro hac vice*) |
|   | DENLEA & CARTON LLP |
| 7 | One North Broadway, Suite 509 |
| 8 | White Plains, N.Y. 10601 |
|   | Telephone:  (914) 920-7400 |
| 9 | |
| 10 | *Attorneys for Plaintiffs* |
| 11 | |
|    | LATHAM & WATKINS LLP |
| 12 | |
| 13 |  s/Kathleen P. Lally |
|    | Mark S. Mester |
| 14 | Kathleen P. Lally |
|    | 233 South Wacker Drive, Suite 5800 |
| 15 | Chicago, Illinois  60606 |
| 16 | Telephone:  (312) 876-7700 |
|    | Facsimile:  (312) 993-9767 |
| 17 | |
| 18 | Attorneys for Defendants |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT REQUEST FOR ORAL ARGUMENT

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list. I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2014.

/s/Patricia N. Syverson
Patricia N. Syverson (203111)
BONNETT FAIRBOURN FRIEDMAN & BALINT
2325 E Camelback Road, Ste. 300
Phoenix, AZ 85016
(602) 274-1100