BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson (Bar No. 203111)
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Lindsey M. Gomez-Gray (*Admitted Pro Hac Vice*)
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
psyverson@bffb.com
Attorneys for Plaintiffs

(Additional Attorneys Listed on Signature Page)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LERMA, an Individual, and NICK PEARSON, an Individual, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHIFF NUTRITION INTERNATIONAL, INC., a Delaware Corporation, and SCHIFF NUTRITION GROUP, INC., a Utah Corporation,<br><br>Defendants. | CASE NO. 3:11-CV-01056-MDD<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS'** ***EX PARTE*** **MOTION FOR LEAVE TO WITHDRAW FROM SETTLEMENT**<br><br>Magistrate Judge: Mitchell D. Dembin |

Plaintiffs Louis Lerma, Nick Pearson and Muriel Jayson, will and do hereby move this Court for leave to withdraw from the settlement currently pending before this Court, and in support thereof state as follows:

On March 25, 2014 Plaintiffs requested the Court preliminarily approve a settlement that they had entered into with Defendant. The terms of that settlement were patterned after an earlier settlement involving another glucosamine/chondroitin product in *Pearson v. NBTY, Inc.*, No. 11 CV 7972, 2014 WL 30676 (N.D. Ill. 2014). At the time that Plaintiffs entered into this settlement, the settlement in *Pearson* had been finally approved by the district court presiding over that settlement, overruling objections raised by several objectors. And, when

Plaintiffs sought preliminary approval of the settlement with Schiff in this case, the law in the Circuit Courts of Appeal appeared to be favorable for final approval of the proposed settlement here.

As this Court is aware, neither of these is true now. Instead, in a strongly worded opinion that changed both, the Seventh Circuit reversed final approval of the settlement in *Pearson* and sustained the objections to that settlement on multiple grounds. After careful consideration of the *Pearson* opinion, Plaintiffs and their counsel in this case believe that the criticisms leveled by the Seventh Circuit towards the *Pearson* settlement are likely to be raised by objectors here as the *Pearson* settlement and the settlement in this case are similarly structured with several identical terms.

As a result, Plaintiffs and their counsel can no longer recommend this settlement on behalf of the class and will not move to seek final approval of this settlement.[1]

Based on the foregoing, Plaintiffs respectfully request that the Court grant them leave to withdraw from the settlement here, terminate the settlement approval process and return this matter to the litigation docket.[2]

Counsel for Plaintiffs have discussed this motion with counsel for Defendant and Defendant opposes this motion and has indicated it wishes to file a written response to the motion.

---

[1] Defendant, apparently in reliance upon its belief that the Court would grant the parties' requested stay has not caused notice to issue. This delay in turn would, at a minimum, require the continuance of the final approval date since the notice could not be effectuated in time for the currently scheduled final approval hearing date of April 8, 2015.

[2] Plaintiffs still intend to mediate with Defendants, if they still desire to do so, in an effort to arrive at a settlement that addresses the issues with the current settlement and will attempt to accelerate this process.

**PLAINTIFFS'** *EXPARTE* **MOTION FOR LEAVE TO WITHDRAW FROM SETTLEMENT**

| | | |
|---|---|---|
| Dated: February 6, 2015 | | **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.** |

By: /s/ Patricia N. Syverson
Patricia N. Syverson, Attorney for Plaintiffs LUIS LERMA and NICK PEARSON

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson (Bar No. 203111)
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Lindsey Gomez-Gray (*Admitted Pro Hac Vice*)
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Manfred P. Muecke (Bar No. 222893)
600 W. Broadway, Suite 900
San Diego, California 92130
Telephone: (619) 756-7748
Facsimile: (602) 274-1199

BOODELL & DOMANSKIS LLC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
sweltman@boodlaw.com
353 N. Clark St. Suite 1800
Chicago, IL 60604
Telephone: (312) 938-1670

Attorneys for Plaintiffs
LUIS LERMA and NICK PEARSON

Dated: February 6, 2015    **DENLEA & CARTON LLP**

By: /s/ Jeffery I. Carton
Jeffrey I. Carton, Attorney for Plaintiff MURIEL JAYSON
DENLEA & CARTON LLP
Jeffrey I. Carton
Robert J. Berg
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Telephone: (914) 331-0100

**PLAINTIFFS' *EXPARTE* MOTION FOR LEAVE TO WITHDRAW FROM SETTLEMENT**

| | |
|---|---|
| 1 | CRIDEN & LOVE PA |
| 2 | Kevin Bruce Love<br>7301 SW 57th Court, Suite 515 |
| 3 | South Miami, Florida 33134<br>Telephone: (305) 357-9000 |
| 4 | Facsimile: (305) 357-9050 |
| 5 | Attorneys for Plaintiff MURIEL JAYSON |

**PLAINTIFFS' *EXPARTE* MOTION FOR LEAVE TO WITHDRAW FROM SETTLEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2015.

/s/*Patricia N. Syverson*
Patricia N. Syverson