# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LERMA, on behalf of himself and all other similarly situated California residents,<br><br>Plaintiffs,<br><br>v.<br><br>SCHIFF NUTRITION INTERNATIONAL INC., a Delaware Corporation, and SCHIFF NUTRITION GROUP, INC., a Utah Corporation,<br><br>Defendants. | CASE NO. 11cv1056-MDD<br><br>ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO WITHDRAW FROM SETTLEMENT<br><br>[ECF NO. 120] |

On February 6, 2015, Plaintiffs filed an Ex Parte Motion for Leave to Withdraw From Settlement. (ECF No. 120). Accordingly, IT IS HEREBY ORDERED:

1. On or before **February 23, 2015**, Defendant may file a Response/Opposition.

2. On or before **March 2, 2015**, Plaintiff may file a Reply.

3. No sur-reply absent court order.

DATED: February 9, 2015

Hon. Mitchell D. Dembin
U.S. Magistrate Judge

- 1 - 11cv1056-MDD