# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LERMA, an Individual, and NICK PEARSON, an Individual, on behalf of Them himself and all other similarly situated California residents,<br><br>Plaintiffs,<br>v.<br><br>SCHIFF NUTRITION INTERNATIONAL INC., a Delaware Corporation, and SCHIFF NUTRITION GROUP, INC., a Utah Corporation,<br><br>Defendants. | CASE NO. 11cv1056-MDD<br><br>ORDER SETTING HEARING RE: PLAINTIFFS' MOTION TO WITHDRAW FROM SETTLEMENT AGREEMENT<br><br>[ECF NO. 120] |

On **March 18, 2015, at 2:00 p.m.** a hearing will be held on Plaintiffs' motion to withdraw from the settlement agreement. (ECF No. 120). The hearing will be held in Courtroom 1E in the Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, CA, 92101. Counsel only are required to appear.

IT IS SO ORDERED.

DATED: March 9, 2015

Hon. Mitchell D. Dembin
U.S. Magistrate Judge