# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LERMA, on behalf of himself and all other similarly situated California residents, et al., <br><br> Plaintiff, <br><br> v. <br><br> SCHIFF NUTRITION INTERNATIONAL, INC. a Utah Corporation, <br><br> Defendant. | CASE NO. 11cv1056-MDD <br><br> ORDER RE: JOINT MOTION TO EXTEND DATES UP TO AND INCLUDING FINAL FAIRNESS HEARING <br><br> [ECF NO. 137] |

On April 13, 2015, the parties filed a Joint Motion for an Extension of the Schedule of Events up to and including the Final Fairness Hearing. (ECF No. 137). The Court has reviewed the motion and finds good cause to grant the motion. Accordingly, IT IS HEREBY ORDERED:

1. Class Members requesting a monetary settlement must accurately and completely fill out a Claim Form and submit it to the Claims Administrator no later than **September 10, 2015**.

2. Any members of the Settlement Class who wish to exclude themselves from the Settlement Class must submit

appropriate and timely requests for exclusion in accordance with the procedures outlined in the Settlement Agreement and Class Notice. Such requests must be postmarked no later than **September 10, 2015**.

3. Class Members who have not submitted a timely written exclusion request pursuant to this Order and who want to object to the Settlement Agreement must file with the Court a written objection and/or notice of Intention to Appear. Copies must be served on Class Counsel and Defendants' Counsel no later than **September 10, 2015**

4. Any response to an objection shall be filed with the Court not later than **September 24, 2015**.

5. A Final Approval Hearing shall be held before this Court on **October 30, 2015, at 10:00 a.m. in Courtroom 1E in the Edward J. Schwartz Federal Courthouse, 221 W. Broadway, San Diego, CA, 92101.**

DATED: April 17, 2015

Hon. Mitchell D. Dembin
U.S. Magistrate Judge