1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

LUIS LERMA, an Individual, and
NICK PEARSON, an Individual,
on behalf of Them himself and all
other similarly situated
California residents,

CASE NO. 11cv1056-MDD

11

12

ORDER SETTING HEARING
RE: JOINT MOTION SEEKING
APPROVAL OF LIMITED
MODIFICATION TO THE
SETTLEMENT AGREEMENT

13

Plaintiffs,

14

v.

[ECF NO. 141 ]

15

SCHIFF NUTRITION
INTERNATIONAL INC. , a
Delaware Corporation, and
SCHIFF NUTRITION GROUP,
INC., a Utah Corporation,

16

17

18

Defendants.

19

20

On **May 15, 2015, at 10:00 a.m.** a hearing will be held on the joint

21

motion for approval of a modified settlement agreement filed April 27,

22

2015. (ECF No. 141 ).  The hearing will be held in Courtroom 1E in the

23

Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, CA,

24

92101.  Counsel only are required to appear.

25

IT IS SO ORDERED.

26

DATED: April 28, 2015

27

Hon. Mitchell D. Dembin
U.S. Magistrate Judge

28

- 1 -

11cv1056-MDD