# EXHIBIT A

SEP 25 2015

September 21, 2015

To Whom It May Concern:

I, Joan Smallwood, have reason to believe that the product, <u>Move Free Triple</u>, purchased at Costco on Jan. 26, 2014 altered my life (to this day) in a very negative way.

I object to the menial settlement, and strongly believe that Schiff Pharmaceutical Co. owes me more; at the very least, coverage of doctor bills, not to mention the mental frustration and anguish that occurred at the time, and since then.

I cannot afford "personal counsel", and will not appear at the Fairness Hearing.

Joan T. Smallwood (JOAN T. SMALLWOOD)
4115 Bush Lake Drive - Glen Allen, Va. 23060
(804) 349-3838

ENC: 3

☑ I am making a claim based upon **Adequate Proof of Purchase**, which I have enclosed with this Claim Form ($10 Per Bottle, Maximum of 5 Bottles per Household)

Mark the number of Adequate Proofs of Purchase you are enclosing:
☑ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5

☐ I am making a claim **without** Adequate Proof of Purchase ($3 Per Bottle, Maximum of 4 Bottles per Household)

For each Covered Product *without* Adequate Proof of Purchase, please complete the table below:

| | Product Name: | Store Name: | Store Location (City/State): |
|---|---|---|---|
| 1 | (Schiff) Move Free Triple | Costco | Richmond, VA |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## C. CERTIFICATION

I state under the penalty of perjury that:

- I am a resident of the United States;
- I purchased one or more of the Covered Products between January 1, 2005 and May 27, 2015;
- These Covered Products were not purchased for purposes of resale or distribution;
- I am not (i) an officer, director, employee, agent, representative, or attorney of Schiff or its respective affiliates; (ii) an immediate family member of someone in subparagraph (i); or (iii) a judge or an immediate family member of a judge assigned to *Luis Lerma v. Schiff Nutrition International, Inc., et al.*, No. 3:11-cv-01056 (S.D. Cal.) or *Jayson v. Schiff Nutrition International, Inc., et al.*, No. 0:13-cv-60400-RSR (S.D. Fla.);
- I have not requested exclusion from the Settlement, or, if I have requested exclusion from the Settlement, I acknowledge that the submission of this Claim Form rescinds my request for exclusion and reinstates me as a Settlement Class Member; and
- I have read this Claim Form and the foregoing statements made and information provided in this Claim Form, and the information, documentation or letters I may submit in support of my claim, are true, correct and complete to the best of my knowledge and belief.

Dated (mm/dd/yyyy): Sept. 21, 2015   Signature: Joan Smallwood

Printed Name: JOAN SMALLWOOD

**THIS CLAIM FORM MUST BE POSTMARKED NO LATER THAN SEPTEMBER 24, 2015.**

Please keep a copy of your completed Claim Form and any Adequate Proof of Purchase for your records.

Mail your completed Claim Form to:
**Schiff Nutrition International Consumer Settlement Administration**
**P.O. Box 43352**
**Providence, RI 02940-3352**

If you fail to provide all the requested information your claim may be denied and you will not receive a Cash Award from this Settlement.



70000902401

```
15:07:44   07/23/15        Sales Audit - Transaction Detail      INP2709     PAGE    1

         Warehouse:      205
         Sales Date:   1/26/14          Reg#:        8    Trans Type:  Tender
              Time:     13:15          Tran#:      116    Tender:
            Total:      75.72       Operator:       42    Block:
        Member #: 000111768110930 SMALLWOOD, JOAN T          Mbr Type: Gold Star
              Tax:      3.99                                Resale Total:

FSA/
EBT   Item Description                                   Amount        Units
      572144 GV WMN AMANDA JEAN                           15.99            1
      663597 LIFETIME KITCHENAID SS                       29.99            1
             CPN/663597 2100000935895                      5.00-           1-
E      40249 CHICKEN ALFREDO                              15.36            1
             CPN/40249 2100000896783                       3.00-           1-
F     768165 SCHIFF MOVE FREE TRIPLE                      23.39            1
             CPN/SCHIFF 2100000898510                      5.00-           1-

             Debit Card                                   75.72


*** END OF REPORT ***
```

RICHMOND VA 230
22 SEP 2015 PM 7

Elaine A. Ryan
Bennett, Fairbourne, Friedman & Belink, P.C.
2325 East Camelback Road
Suite 300
Phoenix, Arizona 85016

Joan Smallwood
4115 Bush Lake Dr.
Glen Allen VA 23060