NAME AND ADDRESS OF ATTORNEY
Bradley D. Salter CAL BAR #78-007
24 Malialani Place
Lahaina HI 96761

PHONE: (808) 298-7873

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Mitchell D. Dembin

COURT REPORTER

Ashley Hammack

CIVIL NO. 11cv1056-MDD

(Appellant/Appellee) Plaintiff

vs

Luis Lerma, Nick Pearson, Schiff Nutrition International, Inc.,

NOTICE OF APPEAL (Civil)

(Appellant/Appellee) Defendant

Notice is hereby given that Ashley Hammack

**x** Plaintiff _____ Defendant above named, hereby appeals to the United States Court of Appeals for the: (check appropriate box)

**x** Ninth Circuit _____ Federal Circuit

from the: (check appropriate box)

**x** Final Judgment _____ Order (describe)

entered in this proceeding on the __3__ day of November 20 15.
Transcripts required **x** Yes _____ No.
Date civil complaint filed: 5/13/11

Date: 11/16/2015

Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

# FED. R. APP.P. 12(b) AND CIRCUIT RULE 3-2. REPRESENTATION STATEMENT

**Counsel for Appellant/Objector ASHLEY HAMMACK:**

BRADLEY D. SALTER - HI BAR # 5495
24 Malialani Place
Lahaina, HI 96761
(808) 298-7873
Fax (808) 669-0800
Email: Brad@Salterlaw.com

**District Court Judge:**

Hon. Mitchell D. Dembin

11th Floor Suite 1180

333 West Broadway

San Diego, CA 92101

619-446-3972


**Counsel for Plaintiffs/Appellees:**

**Charles C. Sweedler**
Levin Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
215-592-1500
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elaine A. Ryan**
Bonnett, Fairbourn, Friedman & Balint, PC
2325 East Camelback Road
Suite 300
Phoenix, AZ 85016

1

## Counsel for Defendant

**Cecilia O'Connell Miller**
Procopio Cory Hargreaves & Savitch, LLP
525 B Street,
Suite 2200
San Diego, CA 92101
(619)238-1900
Fax: (619) 235-0398
Email: Cecilia.Miller@procopio.com
*TERMINATED: 03/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard C. Wu**
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5469
Fax: 858.523.5450
Email: howard.wu@lw.com
*TERMINATED: 09/19/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Mester**
Latham and Watkins LLP
330 North Wabash
Suite 2800
Chicago, IL 60611
(312)876-7623
Fax: (312)993-9767
Email: mark.mester@lw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven B. Lesan**
Latham and Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
Fax: (858) 523-5450
Email: steven.lesan@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Hardwicke**
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
312-876-7700
Fax: 312-993-9767
Email: tim.hardwicke@lw.com
*TERMINATED: 05/16/2014*
*LEAD ATTORNEY*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party through the Court's electronic filing service on DATE.

/s/Bradley D. Salter
BRADLEY D. SALTER