BRADLEY D. SALTER - CAL BAR # 78-007
24 Malialani Place
Lahaina, HI 96761
(808) 298-7873
Fax (808) 669-0800
Email: Brad@Salterlaw.com

*Counsel for Objector*
Ashley Hammack

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LERMA, an Individual and on NICK PEARSON, an Individual On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br>vs.<br><br>SCHIFF NUTRITION INTERNATIONAL, INC., a Deleware Corporatio; and SCHIFF NUTRITION GROUP, INC., a Utah Corporation,<br><br>      Defendants. | Civil NO. 11cv1056-MDD<br><br>**MOTION TO DISMISS OBJECTION AND APPEAL;**<br><br>**CERTIFICATE OF SERVICE** |

OBJECTOR / APPELLANT, Ashley Hammack, by and through her attorney, Bradley D. Salter, Pursuant to FRAP 42(b), moves to dismiss this appeal with prejudice. No Appellee opposes this motion. Each party shall bear its own costs.

  /s/ Brad Salter

Bradley D. Salter, Attorney for Objector Ashley Hammack

1

**OBJECTION Case No. 11cv1056MDD**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the April 29, 2016 and served by the same means on all counsel of record.

/s/ Brad Salter

**OBJECTION Case No. 11cv1056MDD**