FILED

MAY 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS LERMA, On Behalf of Himself and All Others Similarly Situated California Residents,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>ASHLEY HAMMACK,<br><br>   Objector - Appellant,<br><br> v.<br><br>SCHIFF NUTRITION INTERNATIONAL, INC., a Utah corporation,<br><br>   Defendant - Appellee. | No. 15-56810<br><br>D.C. No. 3:11-cv-01056-MDD<br>Southern District of California,<br>San Diego<br><br>ORDER |

  The appellant's motion for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court.

           For the Court:
           MOLLY C. DWYER
           Clerk of the Court

           Terri Haugen, Deputy Clerk
           9th Circuit Rules 27-7, 27-10

Tah/5.2.16/Pro Mo